**In the Interest of K.A.P., JR., (d.o.b.9–18–85), A Minor.**

Supreme Court of Pennsylvania.

Argued March 3, 2008.
Decided March 24, 2008.

Tina M. Fryling, Joseph Paul Burt, Erie, for K.A.P., Jr.

Calvin Royer Koons, Harrisburg, for Office of the Attorney General.

Matthew James McLaughlin, Erie, for County of Erie.

### ORDER

PER CURIAM.

The order of the Superior Court is **AFFIRMED.**

Justice McCAFFERY did not participate in the consideration or decision of this case.

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Nathan A. ETCHISON, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 2008.
Decided March 24, 2008.

Ryan Cassidy Helsel, for Nathan A. Etchison.

Jennifer Anne Buck, Randa Bobette Clark, Butler, for Com. of Pennsylvania.

### ORDER

PER CURIAM.

The Order of the Superior Court is **AFFIRMED.**

Justice TODD did not participate in the consideration or decision of this case.

Chief Justice CASTILLE dissents.